I6SVGARC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

       v.                                15 CR 765 (PAC)

ROBERTO DE JESUS SOTO GARCIA,

           Defendant.               CONFERENCE

------------------------------x

                                  New York, N.Y.
                                  June 28, 2018
                                  3:22 p.m.

Before:

                HON. PAUL A. CROTTY,

                            District Judge

                    APPEARANCES

GEOFFREY S. BERMAN,
    United States Attorney for the
    Southern District of New York
ELIZABETH HANFT
    Assistant United States Attorney

RUSSELL NEUFELD
    Attorney for Defendant


ALSO PRESENT:   FRANCISCO OLIVERO, Interpreter (Spanish)

I6SVGARC

1              (Case called)
2              THE DEPUTY CLERK:  Counsel for the government, please
3     state your appearance.
4              MS. HANFT:  Good afternoon, your Honor.
5              Elizabeth Hanft, for the government.
6              THE COURT:  Ms. Hanft.
7              THE DEPUTY CLERK:  For the defendant?
8              MR. NEUFELD:  Russell Neufeld, for Mr. Soto Garcia.
9              Good afternoon, your Honor.
10             THE COURT:  Mr. Neufeld.
11             Mr. Soto Garcia, can you understand what we are
12    saying?
13             THE DEFENDANT:  Yes, sir.
14             THE COURT:  Okay.
15             Ms. Hanft.
16             MS. HANFT:  Yes, your Honor.
17             We are here for a status conference in this case.
18             The parties have been engaging in discussions
19    regarding disposition.  We have not yet gotten to that point.
20    And so we would request -- I've conferred with defense counsel.
21    We would request a status conference on a date amenable to the
22    Court.  I believe both parties are available Thursday, August
23    2nd, if that works for the Court.
24             THE COURT:  August 2nd at what time, David?
25             THE DEPUTY CLERK:  11:45 a.m.

I6SVGARC

1           MS. HANFT:  That works for the government, your Honor.
2           MR. NEUFELD:  That's fine, thank you.
3           THE COURT:  You said that's all right, Mr. Neufeld?
4           MR. NEUFELD:  Yes.
5           THE COURT:  All right.
6           August the 2nd at what time?
7           THE DEPUTY CLERK:  11:45 a.m.
8           THE COURT:  1145.
9           MS. HANFT:  Your Honor, the government would move to
10  exclude time in the interest of justice between today and
11  August 2nd for the parties to continue engaging in discussions
12  regarding a potential disposition of this matter.
13          THE COURT:  No objection?
14          MR. NEUFELD:  No objection.
15          THE COURT:  All right.
16          The time between now and August 2nd will be excluded.
17          MS. HANFT:  Thank you, your Honor.
18          Nothing further from the government.
19          THE COURT:  All right.  Thank you.
20          MR. NEUFELD:  Thank you.
21                         *    *    *
22
23
24
25